# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WELTY, *on behalf of herself and all persons similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 1:25-cv-00696-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION TO TRANSFER<br><br>Docs. 6, 17. |

On May 2, 2025, Plaintiff Pamela Welty commenced this putative class action in California Superior Court, Tuolumne County, and on June 6, 2025, defendant Valve Corporation removed the action to this court. Doc. 1. On July 18, 2025, defendant moved to transfer this case to the Western District of Washington. Doc. 6. Defendant's motion was referred to the assigned magistrate judge for the preparation of findings and recommendations on August 14, 2025. Doc. 14. On October 15, 2025, the magistrate judge issued findings and recommendations recommending that the motion be granted and that this matter be transferred. Doc. 17. Specifically, the magistrate judge found that in light of an enforceable forum selection clause, and the private and public interest factors governing discretionary transfers, this case should be transferred to the Western District of Washington, where a related case is pending. *Id.* at 3, 6–12. The findings and recommendations contained notice that any

1  objections thereto were to be filed within 14 days after service. *Id.* at 13. Neither party has
2  filed objections and the time to do so has passed. *See* docket.
3        In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de
4  novo review of this case. Having carefully reviewed the file, the Court finds the findings and
5  recommendations to be supported by the record and by proper analysis.
6        Accordingly:
7      1.    The findings and recommendations issued on October 15, 2025, Doc. 17, are
8            ADOPTED in full.
9      2.    This motion to transfer, Doc. 6, is GRANTED.
10     3.    This matter is TRANSFERRED to the United States District Court for the Western
11           District of Washington.

IT IS SO ORDERED.

Dated: November 6, 2025

_____
UNITED STATES DISTRICT JUDGE