THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **PAMELA WELTY**, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**VALVE CORPORATION**, a corporation,<br><br>Defendant. | CASE NO. 2:25-cv-02450-JNW<br><br><u>CLASS ACTION</u><br><br>**STIPULATED MOTION AND ORDER REGARDING DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT AND MOTION FOR JUDICIAL NOTICE BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: December 17, 2025 |

Plaintiff Pamela Welty ("Plaintiff") and Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.  The deadline for Plaintiff to respond to Defendant's Motion to Dismiss Class Action Complaint and Dismiss or Strike Class Claims (ECF No. 30) ("Motion to Dismiss") is currently December 31, 2025.

STIP. MOT. AND ORDER REGARDING DEF.'S MOT. TO DISMISS AND MOT. FOR JUDICIAL NOTICE BRIEFING SCHEDULE
CASE NO. 2:25-CV-02450-JNW

MASON LLP
5335 WISCONSIN AVENUE NW
SUITE 640
WASHINGTON, DC 20015
TEL.: (202) 429-2290

1

2.       Likewise, the deadline for Plaintiff to respond to Defendant's Request for Judicial Notice in Support of Motion to Dismiss Class Action Complaint and Dismiss or Strike Class Claims ("Motion for Judicial Notice") (ECF No. 28) is also currently December 31, 2025.

3.       In light of the intervening holidays, the parties agree that the time for Plaintiff to respond to Defendant's Motion to Dismiss and Motion for Judicial Notice should be extended by 14 days up to and through January 14, 2026.

4.       The parties further agree that the time Defendant has to reply to the Plaintiff's aforesaid response briefs be extended to February 4, 2026.

5.       The parties respectfully request that the Court enter the Order below extending the deadlines as stipulated.

**IT IS SO STIPULATED.**

DATED this 17th day of December, 2025.

s/ *Gary E. Mason*
Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Theodore B. Bell (*pro hac vice*)
Jacob D. Eisenberg (*pro hac vice*)
MASON LLP
5335 Wisconsin Ave NW, Suite 640
Washington, DC 20015
202-429-2290
gmason@masonllp.com
dperry@masonllp.com
tbell@masonllp.com
jeisenberg@masonllp.com

s/ *Blake Edward Marks-Dias (by consent)*
Blake Edward Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Ave, 10th Floor
Seattle, WA 98104
206-625-8600
206-625-0900 (fax)
bmarksdias@corrcronin.com

STIP. MOT. AND ORDER REGARDING DEF.'S MOT. TO DISMISS AND MOT. FOR JUDICIAL NOTICE BRIEFING SCHEDULE
CASE NO. 2:25-CV-02450-JNW

MASON LLP
5335 WISCONSIN AVENUE NW
SUITE 640
WASHINGTON, DC 20015
TEL.: (202) 429-2290

2.      Likewise, the deadline for Plaintiff to respond to Defendant's Request for Judicial Notice in Support of Motion to Dismiss Class Action Complaint and Dismiss or Strike Class Claims ("Motion for Judicial Notice") (ECF No. 28) is also currently December 31, 2025.

3.      In light of the intervening holidays, the parties agree that the time for Plaintiff to respond to Defendant's Motion to Dismiss and Motion for Judicial Notice should be extended by 14 days up to and through January 14, 2026.

4.      The parties further agree that the time Defendant has to reply to the Plaintiff's aforesaid response briefs be extended to February 4, 2026.

5.      The parties respectfully request that the Court enter the Order below extending the deadlines as stipulated.

**IT IS SO STIPULATED.**

DATED this 17th day of December, 2025.

s/ *Gary E. Mason*
Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Theodore B. Bell (*pro hac vice*)
Jacob D. Eisenberg (*pro hac vice*)
MASON LLP
5335 Wisconsin Ave NW, Suite 640
Washington, DC 20015
202-429-2290
gmason@masonllp.com
dperry@masonllp.com
tbell@masonllp.com
jeisenberg@masonllp.com

s/ *Blake Edward Marks-Dias (by consent)*
Blake Edward Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Ave, 10th Floor
Seattle, WA 98104
206-625-8600
206-625-0900 (fax)
bmarksdias@corrcronin.com

STIP. MOT. AND ORDER REGARDING DEF.'S MOT. TO DISMISS AND MOT. FOR JUDICIAL NOTICE BRIEFING SCHEDULE
CASE NO. 2:25-CV-02450-JNW

MASON LLP
5335 WISCONSIN AVENUE NW
SUITE 640
WASHINGTON, DC 20015
TEL.: (202) 429-2290

| | |
|---|---|
| s/ *Michael C. Subit* <br> Michael C. Subit, WSBA No. 29189 <br> FRANK FREED SUBIT & THOMAS <br> 705 2nd Ave, Suite 1200 <br> Seattle, WA 98104-1729 <br> 206-682-6711 <br> 206-682-0401 (fax) <br> msubit@frankfreed.com <br> <br> Mason Barney (*pro hac vice*) <br> Kent Williams (*pro hac vice*) <br> SIRI & GLIMSTAD LLP <br> 745 Fifth Ave, Suite 500 <br> New York, NY 10151 <br> 212-532-1091 <br> mbarney@sirillp.com <br> kent.williams@sirillp.com <br> <br> *Attorneys for Plaintiff Pamela Welty* | Michael W. McTigue, Jr. (*pro hac vice*) <br> Meredith C. Slawe (*pro hac vice*) <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM <br> One Manhattan West <br> New York, NY 10001 <br> 212-735-3534 <br> 917-777-3534 (fax) <br> michael.mctigue@skadden.com <br> Meredith.slawe@skadden.com <br> <br> Virginia F. Milstead (*pro hac vice*) <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM <br> 2000 Avenue of the Stars, Suite 200 N <br> Los Angeles, CA 90067 <br> 213-687-5000 <br> 213-687-5600 (fax) <br> virginia.milstead@skadden.com <br> <br> *Attorneys for Defendant Valve Corporation* |

STIP. MOT. AND ORDER REGARDING DEF.'S MOT. TO DISMISS AND MOT. FOR JUDICIAL NOTICE BRIEFING SCHEDULE
CASE NO. 2:25-CV-02450-JNW

**MASON LLP**
5335 WISCONSIN AVENUE NW
SUITE 640
WASHINGTON, DC 20015
TEL.: (202) 429-2290

**ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 30) and Motion for Judicial Notice (ECF No. 28) is extended up to and through January 14, 2026.

It is further ORDERED that Defendant's time to reply to Plaintiff's responses is extended up to and through February 4, 2026.

DATED this 22nd day of December, 2025.

                                                                        _____
                                                                        The Honorable Jamal N. Whitehead
                                                                        United States District Judge

STIP. MOT. AND ORDER REGARDING
DEF.'S MOT. TO DISMISS AND MOT. FOR
JUDICIAL NOTICE BRIEFING SCHEDULE
CASE NO. 2:25-CV-02450-JNW

MASON LLP
5335 WISCONSIN AVENUE NW
SUITE 640
WASHINGTON, DC 20015
TEL.: (202) 429-2290